# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3310
LT Case No. 2018-303726-CFDB

_____

RONALD L. DENSON, III,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Ronald L. Denson, III, Wewahitchka, pro se.

John M. Guard, Acting Attorney General, Tallahassee, and
Deborah Chance, Assistant Attorney General, Daytona Beach,
for Respondent.

January 31, 2025

PER CURIAM.

    The petition for belated appeal is granted. *See DeSue v. State*, 65 So. 3d 52 (Fla. 1st DCA 2011). A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 11, 2023 order denying defendant's motion to correct illegal sentence rendered in Case No. 2018-303726-CFDB, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and WALLIS and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____